UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN A. YANG<br><br>      Plaintiff,<br><br>  v.<br><br>ZIFF DAVIS, LLC<br><br>      Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:17-cv-06628-VSB |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stephen A. Yang, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Ziff Davis, LLC each party to bear its own costs, expenses and attorney's fees.

Dated: December 28, 2017
   Valley Stream, New York

            LIEBOWITZ LAW FIRM, PLLC

            By: /jameshfreeman/
              James H. Freeman
              11 Sunrise Plaza, Suite 305
              Valley Stream, New York 11580
              Telephone: (516) 233-1660
              JF@LiebowitzLawFirm.com

            *Attorneys for Plaintiff Stephen A. Yang*

SO ORDERED:

*[signature]*
Vernon S. Broderick   12/29/2017
United States District Judge